Calvin GARRETT, Appellant Pro Se,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent,

Yvonne N. McCay and Associates, Inc., Defendant.

No. WD 60778.

Missouri Court of Appeals, Western District.

June 11, 2002.

Calvin Garrett, Kansas City, MO, appellant pro se.

Sharon A. Willis, Kansas City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

### Order

PER CURIAM.

Mr. Calvin Garrett appeals the decision of the Labor and Industrial Relations Commission denying his claim for unemployment compensation benefits. For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).